# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CALEB DUBOIS, et al.,

   Plaintiffs,

 v.

COMCAST CORPORATION, et al.,

   Defendants.

Case No. 15-cv-04809-JSW

**ORDER TO SHOW CAUSE**

On August 10, 2018, the Court granted counsel's motion to withdraw as counsel for Luis Armas and Jon SanFelipe. Mr. Armas and Mr. SanFelipe are HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Mr. Armas and Mr. SanFelipe's response(s) to this Order to Show Cause shall be due August 28, 2018. If they fail to file a timely response(s) to this Order, the Court shall dismiss the case without prejudice.

IT IS SO ORDERED.

Dated: August 13, 2018

_____
JEFFREY S. WHITE
United States District Judge